UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

In the Matter of NIR,
minor child under the age of 16,

GÁBOR ZSOLT MOHÁCSI,

                Petitioner,

-against-

ISABELLA SOFIA RIPPA,

                Respondent.

Case No. 1:18-cv-02563-WFK-RML

**ORDER DIRECTING RETURN OF PASSPORTS**

**KUNTZ, United States District Judge:**

      Respondent, Isabella Sofia Rippa (aka Isabella Herrera), has moved for an Order directing the return of her and her son's (NIR) passports, which she surrendered as directed by this Court's May 10, 2018 Order (ECF No. 10).

      IT IS HEREBY ORDERED that Respondent's Motion for Return of Passports, dated July 22, 2020 is GRANTED. The Clerk of the Court is respectfully directed to return the passports of Respondent and NIR to Respondent's custody upon presentation of a copy of this Order and appropriate identification.

                                        **SO ORDERED.**

Dated: Brooklyn, New York
         April 5, 2021

                                        s/ WFK
                                      HON. WILLIAM F. KUNTZ, II
                                      United States District Judge